## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>HMR FOODS HOLDING, LP, et al.,<br><br>Debtors.<br><br>───────────────────────<br><br>GONZALO CRUZ on behalf of himself and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HMR FOODS HOLDING, LP and ARLON GROUP, LLC,<br><br>Defendants. | Chapter 11<br><br>Case No. 16-11540 (KJC)<br><br>Jointly Administered<br><br><br><br>Adv. Proc. No. 16-51021 (KJC) |

### STIPULATION EXTENDING DEADLINE TO ANSWER COMPLAINT

Gonzalo Cruz ("Plaintiff"), and Arlon Group, LLC ("Defendant," and with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Defendant's deadline to answer, move or otherwise respond to the complaint in the above-captioned adversary proceeding is extended through and including September 16, 2016.

2. The Parties' entry into this stipulation is without prejudice to their respective rights, remedies and/or defenses, all of which are preserved.

Dated: August 15, 2016
Wilmington, Delaware

| | |
|---|---|
| */s/ James E. Huggett* | */s/ Curtis S. Miller* |
| MARGOLIS EDELSTEIN | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| James E. Huggett (No. 3956) | Curtis S. Miller (No. 4583) |
| 300 Delaware Avenue, Suite 800 | 1201 North Market Street |
| Wilmington, Delaware 19801 | P.O. Box 1347 |
| Telephone: (302) 888-1112 | Wilmington, Delaware 19899-1347 |
| Facsimile: (302) 888-1119 | Telephone: (302) 351-9412 |
| | Facsimile: (302) 425-3080 |
| – and – | |
| | – and – |
| THE GARDNER FIRM, P.C. | |
| Mary E. Olsen | KIRKLAND & ELLIS LLP |
| 210 Washington Avenue | James P. Gillespie |
| Mobile, AL 36602 | Jason R. Parish |
| Telephone: (251) 433-8100 | 655 Fifteenth Street, N.W. |
| Facsimile: (251) 434-8259 | Washington, DC 20005 |
| | Telephone: (202) 879-5190 |
| *Counsel for Plaintiff* | Facsimile: (202) 879-5200 |
| | |
| | *Counsel for Arlon Group, LLC* |