# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>HMR FOODS HOLDING, LP, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 16-11540 (KJC)<br>(Jointly Administered) |
| GONZALO CRUZ on behalf of himself and all other persons similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HMR FOODS HOLDING, LP and ARLON GROUP, LLC<br><br>Defendants. | Adv. Pro. No. 16-51021 (KJC) |

**STIPULATION REGARDING EXTENSION OF CHAPTER 7 TRUSTEE'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Gonzalo Cruz ("Plaintiff"), by and through his counsel, and Alfred T. Giuliano (the "Trustee"), the chapter 7 trustee for the estate of HMR Foods Holding, LP (the "Defendant"), by and through his proposed counsel, hereby stipulate and agree as follows:

1. The Trustee's deadline to file an answer or otherwise respond to the Complaint on behalf of the Defendant is extended through and including September 16, 2016.

2. The parties entry into this Stipulation is without prejudice to their respective rights, remedies, and/or defenses, all of which are preserved.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Huxtable's Kitchen, Inc., a/k/a Handmade Real Foods, Pasta Kitchen, Fresh Selections (9801) (Case No. 16-11538-KJC); (ii) HMR Foods, LLC, a/k/a Handmade Real Foods, Huxtable's Kitchen, Simmering Soup Kitchen, Pasta Kitchen, Fresh Selections (9731) (Case No. 16-11539-KJC); (iii) HMR Foods Holding, LP, a/k/a Handmade Real Foods, Huxtable's Kitchen, Simmering Soup Kitchen, Pasta Kitchen, Fresh Selections (0818) (Case No. 16-11540-KJC); (iv) Huxtable's Kitchen Holding Corp., a/k/a Handmade Real Foods, Simmering Soup Kitchen, Pasta Kitchen, Fresh Selections (3276) (Case No. 16-11541-KJC); and (v) Simmering Soup Kitchen, LLC, a/k/a Handmade Real Foods, Huxtable's Kitchen, Pasta Kitchen, Fresh Selections (9554) (Case No. 16-11542-KJC).

| | |
|---|---|
| **MARGOLIS EDELSTEIN** | **FOX ROTHSCHILD LLP** |
| By:    */s/ James E. Huggett* <br> MARGOLIS EDELSTEIN <br> James E. Huggett (No. 3956) <br> 300 Delaware Avenue, Suite 800 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 888-1112 <br> Facsimile: (302) 888-1119 | By:    */s/ L. John Bird* <br> L. John Bird, Esquire <br> Delaware Bar No. 5310 <br> 919 North Market Street, Suite 300 <br> Wilmington, DE 19801-2323 <br> Phone (302) 654-7444 <br> Fax (302) 656-8920 |
| -and- | -and- |
| **THE GARDNER FIRM, P.C.** | Michael G. Menkowitz, Esquire <br> Jason C. Manfrey, Esquire <br> 2000 Market Street, 20th Floor <br> Philadelphia, PA  19103-3222 <br> Phone (215) 299-2000/Fax (215) 299-2150 <br> mmenkowitz@foxrothschild.com <br> jmanfrey@foxrothschild.com |
| By:    */s/ Mary E. Olson* <br> THE GARDNER FIRM, P.C. <br> Mary E. Olson <br> 210 Washington Avenue <br> Mobile, AL 36602 <br> Phone: (251) 433-8100 <br> Fax: (251) 434-8259 <br> *Counsel for Plaintiff* | *Proposed counsel for Alfred T. Giuliano, in his capacity as Chapter 7 Trustee for Defendant, HMR Foods Holding, LP.* |

Dated:  August 17, 2016